ROBERT SWINLEY, appellant,

*v.*

ISAAC A. HALL, respondent.

[Submitted March 23d, 1914.   Decided May 8th, 1914.]

On appeal from a decree of the court of chancery. advised by Vice-Chancellor Lewis.

*Messrs. Hudson & Joelson* and *Mr. George S. Hilton,* for the appellant.

*Mr. Wayne Dumont,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Lewis.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, BERGEN, MINTURN, KALISCH, BOGERT, VREDEN-BURGH, WHITE, HEPPENHEIMER—11.

*For reversal*—None.